An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EBELIO TAPIA,
Appellant,
vs.
DWIGHT NEVEN, WARDEN,
Respondent.

No. 61221



FILED

FEB 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Rob Bare, Judge.

In his petition filed on December 30, 2011, appellant claimed that his due process rights were violated at a June 17, 2011, prison disciplinary hearing, which resulted in disciplinary segregation, loss of privileges, and restitution. Notably, appellant was never referred for the loss of credits, and the record indicates that no credits were forfeited. Because appellant did not lose any credits, appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus filed in state court because these claims challenged

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-04615

the conditions of confinement. <u>Bowen v. Warden</u>, 100 Nev. 489, 686 P.2d 250 (1984). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Rob Bare, District Judge
Ebelio Tapia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk